UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DAVID B. TURNER, JR., | Case No.: 24-CV-455 JLS (AHG) |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a)** |
| CHASE BANK, | |
| Defendant. | |
| | (ECF No. 1) |

Presently before the Court is Plaintiff David B. Turner, Jr.'s Complaint ("Compl.," ECF No. 1). Plaintiff, who is proceeding pro se, claims he was injured by one of Defendant Chase Bank's employees. *See* Compl. Plaintiff seeks $17,000,000 in damages. *See id.*

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $405. *See* 28 U.S.C. § 1914(a). The action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a)(1). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff has not prepaid the fees required to commence this civil action, nor has he submitted a properly supported motion to proceed IFP. As a result, his case cannot yet proceed. *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

In light of the foregoing, the Court:

(1) **DISMISSES** this action **WITHOUT PREJUDICE** based on Plaintiff's failure to pay the $405 civil filing and administrative fee required by 28 U.S.C. § 1914(a), and his failure to properly move to proceed IFP pursuant to 28 U.S.C. § 1915(a); and

(2) **GRANTS** Plaintiff thirty (30) days from the date of this Order to re-open his case by: (a) paying the entire $405 statutory and administrative fee filing fee; *or* (b) completing and filing an Application to Proceed in District Court Without Prepaying Fees or Costs, which is available online at https://www.casd.uscourts.gov/_assets/pdf/forms/AO239_Application%20to%20Proceed%20Without%20Prepayment.pdf. *Should Plaintiff fail to either pay the filing fee or file a motion to proceed IFP, this civil action will remain dismissed without prejudice pursuant to 28 U.S.C. § 1914(a), and without further order of the Court.*

**IT IS SO ORDERED.**

Dated: March 13, 2024

Hon. Janis L. Sammartino
United States District Judge